**Order entered August 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00709-CV**
**No. 05-19-00711-CV**

**IN THE INTEREST OF I.S. ET AL., CHILDREN**
**IN THE INTEREST OF J.L., JR., ET AL., CHILDREN**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-10695**

## ORDER

The reporter's records in these accelerated parental termination cases are overdue. By order dated August 8, 2019, we notified Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, that the reporter's record was overdue and ordered her to file the reporter's record within ten days. To date, Ms. Saavedra has failed to comply with the Court's order.

Accordingly, we again **ORDER** Janet Saavedra to file the reporter's record within **TEN DAYS** of the date of this order. Because this is an accelerated appeal in a parental termination case, the trial court must arrange for a substitute reporter if necessary to ensure the timely filing of the record. TEX. R. APP. P. 28.4(b)(1).

We expressly **CAUTION** Ms. Saavedra that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Saavedra comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Ashley Wysocki
Presiding Judge
254th Judicial District Court

Janet Saavedra
Official Court Reporter
254th Judicial District Court

All parties

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE